UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JASON MCFALL HUDSON- MILTENBERGER, | ) | Case No. 14-45118-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| PHILLIPS 66 COMPANY, | ) | **Adversary No. 14-4262-659** |
| | ) | |
| Plaintiff, | ) | **PUBLISHED** |
| | ) | |
| -v- | ) | |
| | ) | |
| JASON MILTENBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Plaintiff's Second Amended Complaint. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Second Amended Complaint is **DENIED** in that Plaintiff's request to deny dischargeability pursuant to Section 523(a)(2((A) is **DENIED** and judgment is entered in favor of Debtor/Defendant Jason Miltenberger and against Plaintiff in that the debt is discharged; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  January 26, 2018
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Darin Lee Brooks
Gray Reed & McGraw, P.C.
1300 Post Oak Blvd.
Suite 2000
Houston, TX 77056

Mark A. Ludolph
Heyl, Royster, Voelker & Allen
124 S. W. Adams St., Ste 600
Peoria, IL 61602

Leonard Komen
13321 N. Outer 40 Rd., Ste. 100
Town & Country, MO 63017

Phillips 66 Company
a div. of Phillips Petroleum Co.
P.O. Box 80
Bartlesville, OK 74005

John Gregory George, Jr.
Beirne Maynard & Parsons, L.L.P.
112 E. Pecan, Suite 2750
San Antonio, TX 78205

Jason Miltenberger
163 Southdown Drive
Chesterfield, MO 63017

-2-